# Court of Appeals
# of the State of Georgia

ATLANTA,  April 04, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1321. MARGIE MCRAE v. TELFAIR COUNTY SUPERIOR COURT.**

Margie McRae filed an original "Petition for Mandamus" in this Court. McRae asks that this Court compel the trial court to rule on "all undecided motions" pending before it, including a motion for change of venue. However, this is not one of the extremely rare instances in which this Court will exercise original mandamus jurisdiction. See *Gay v. Owens*, 292 Ga. 480, 482-483 (2) (738 SE2d 614) (2013). Until such time as McRae has pursued relief in superior court and obtained a ruling thereon, there is no basis for this Court to exercise jurisdiction. *Brown v. Johnson*, 251 Ga. 436, 436 (306 SE2d 655) (1983).

For the foregoing reason, this petition is therefore DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  04/04/2018
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_ , *Clerk.*